■ In the Matter of JOHN D. JUSTICE, Appellant, v ANDREA W. EVANS, Chairwomen, New York State Division of Parole, Respondent . [976 NYS2d 916]—Appeal from an order of the Supreme Court, Erie County (John L. Michalski, A.J.), entered February 1, 2013 in a proceeding pursuant to CPLR article 78. The order denied the motion of petitioner for leave to renew.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (*see generally Matter of Davidson v Alexander*, 67 AD3d 1219 [2009]). Present—Scudder, P.J., Smith, Peradotto, Lindley and Sconiers, JJ.

■ In the Matter of DEREK JOSEY, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [978 NYS2d 707]— Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered May 22, 2013) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Centra, J.P., Peradotto, Carni, Sconiers and Whalen, JJ.